JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LEE COOPER, | Case No. CV11-9522-JVS (DTB) |
| Petitioner, | |
| v. | **JUDGMENT** |
| FRED FOULK, Acting Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: August 5, 2014

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE